STATE, EX REL. BUFFALO COUNTY, APPELLANT, V. PETE
OMANA ET AL., APPELLEES.

FILED FEBRUARY 27, 1914. No. 17,783.

Appeal: DISMISSAL: MOOT QUESTION. There being no brief for appellant
on file, the cause was submitted by the parties, without motion to
affirm for want of briefs, and because of lapse of time the judg-
ment of the district court has no longer any force. The appeal is
therefore dismissed.

APPEAL from the district court for Kearney county:
HARRY S. DUNGAN, JUDGE. *Appeal dismissed.*

*E. B. McDermott* and *H. M. Sinclair,* for appellant.

*Brown, Baxter & Van Dusen, Charles A. Chappell* and
*J. L. McPheely,* contra.

SEDGWICK, J.

This is an action in mandamus to compel the members
of the county board of the county of Kearney to convene
and order a warrant drawn in payment of a judgment
which this plaintiff had recovered against the said county
of Kearney. This action was begun while certain mat-
ters in regard to the judgment on which it is based were
pending upon appeal to this court in *Buffalo County v.
Hull,* 93 Neb. 586. Since the judgment of the district
court was entered in the case at bar, the judgment in-
volved was affirmed by this court in the said case and
therefore this case presents only a moot question. The
case at bar was submitted upon the brief of Joel Hull,
intervener, one of the appellees, in which he presents the
same question that was determined in *Buffalo County v.
Kearney County, ante,* p. 439.

As there is no brief of appellant on file, and a submis-
sion of the case has been taken without a motion to af-
firm for want of briefs, and the judgment in this case will
not affect the collection of the former judgment, the ap-
peal is

DISMISSED.